JUDGE PRESKA

07 CV 3402

1-16042
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MAERSK LINE, as agents for
SAFMARINE, INC.,

Plaintiff,

- against -

CIVIL COMPLAINT
IN ADMIRALTY

SEA MARINE CARGO,

Defendant.
---------------------------------------------------------------X

RECEIVED APR 30 2007 U.S.D.C. S.D. N.Y. CASHIERS

Plaintiff MAERSK LINE, by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendant SEA MARINE CARGO, in personam, in a cause of action civil and maritime, alleges upon information and belief:

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and the Ocean Shipping Reform Act of 1999, 46 U.S.C., App. Section 1701, et seq.

2. At all times hereinafter mentioned, plaintiff MAERSK LINE, as agents for SAFMARINE, INC. was and still is a corporation duly organized and existing under the laws of the State of Delaware with offices and a place of business at 6000 Carnegie Blvd., Charlotte, NC 28209.

3. Upon information and belief and at all times hereinafter mentioned, defendant had and now has the legal status and place of business as set forth in Schedule A.

4. On or about the dates and at the ports of shipment stated in Schedule A, hereto, certain goods were delivered to plaintiff to be carried to the ports of destination and at the agreed charges to be paid by defendant pursuant to plaintiff's public tariff, all as set forth in Schedule A.

5. Thereafter, the said goods were transported to the ports of destination and delivered to the consignee and/or its agents.

6. Plaintiff has duly performed all duties and obligations required to be performed by plaintiff.

7. Defendant has failed and refused and continues to fail and refuse to remit payment of $7,629.03, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $7,629.03 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon, costs, disbursements and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
April 27, 2007

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By ______________________

Albert J. Avallone - AA1679
Attorneys for Plaintiff
MAERSK LINE, as agents for
SAFMARINE, INC.
551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 696-1760

# SCHEDULE A

I. Defendant's status & address:

A. Upon information and belief and at all times hereinafter mentioned, defendant SEA MARINE CARGO was and still is a company organized and existing under the laws of the State of New York, with offices and a place of business at 172 Madison Avenue, Suite 205, New York, NY 10016.

II. Particulars:

1. Bill of Lading No. 510985107, dated September 20, 2006, from Charleston to Lahore via Port Qasim on the Vessel MAERSK MISSOURI, three (3) forty-foot Hi-Cubes SAID TO CONTAIN: USED AND SALVAGED COMPUTER CPU, et al., at the applicable tariff charge of $7,629.03 (Exhibit A).

Amount Paid: $0 Amount Due: $7,629.03

III. Total Amount Due: $7,629.03

BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT

510985107

Shipper
SEA MARINE CARGO
172 MADISON AVE, SUITE 205
NEW YORK, NY - 10016

Booking No.
510985107

Export references
1327SMC

Consignee
STAR TRADERS
PECO ROAD, NEAR TOYOTA TOWNSHIP
MOTORS TOWNSHIP, LAHORE, PAKISTAN
TEL 0300 417 6085

REF:

Notify Party
SAME AS ABOVE

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1)

| Vessel | Voyage No. |
|---|---|
| MAERSK MISSOURI | 0613 |
| Port of Loading | Port of Discharge |
| CHARLESTON | PORT QASIM |

Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1)
LAHORE

PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE

| Kind of packages; Description of goods; Marks and Numbers; Container No./Seal No. | | Gross Weight | Measurement |
|---|---|---|---|
| | SHIPPER'S LOAD, STOW, WEIGHT AND COUNT FREIGHT PREPAID | | |
| MSKU8084119 ML-US6493368 1061372 MSKU8128933 ML-US6490282 1061369 PONU7618892 ML-US6493810 1061370 | 3 X 40' HIGHCUBE CONTAINERS SAID TO CONTAIN 69 PIECES 13 PALLETS OF USED AND SALVAGED COMPUTER CPU WITHOUT HARD DRIVES 2 CARTONS OF USED NOTEBOOK BITS WITHOUT HARD DRIVES AND 54 PALLETS OF USED COMPUTER | KGS 1360.800 LBS 2999.999 | CBM 102.000 |

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| BASIC FREIGHT 3.00 | 1010.00 | HC | USD | 3030.00 | |
| CHASSIS USAGE CHARG | 40.00 | SU | USD | 120.00 | |
| INLAND HAUL, IMPORT | 31000.00 | SU | PKR | 1546.03 | |
| EMERGENCY RISK SURC | 70.00 | SU | USD | 210.00 | |
| EMERG BUNKER SURCHG | 880.00 | SU | USD | 2640.00 | |
| | | | USD | 7629.03 | |

Carrier's Receipt. Total number of containers or packages received by Carrier
1 CONTAINER(S)

Shipper's Agent (see clause 7.3)

Place of Issue of B/L
LAHORE

Number & Sequence of Original B(s)/L
3/THREE

Date of Issue of B/L
APR 20 07

LADEN ON BOARD MAERSK MISSOURI /0613
AT CHARLESTON ON SEP 20 2006

SEE ATTACHED SHEET

EXHIBIT "A"

Signed for the Carrier

As Agent(s) for the Carrier

ATTACHMENT NO : 1 OF 1

MARKS & NUMBERS | DESCRIPTION

[illegible]

329 XTN + [illegible] 3257MC

[illegible]

COMM CODE: [illegible] 031103

FREIGHT & CHARGES

| | | | | |
|---|---|---|---|---|
| DEST HANDLING CHARG | 8520.00 | SU | PKR | 25560.00 |
| PORT SECURITY CHARG | 5.00 | ST | USD | 15.00 |
| CARRIER SECURITY CH | 6.00 | ST | USD | 18.00 |
| CARRIER [illegible] | | SN | PKR | [illegible]950.00 |
| DESTINATION DOC FEE | | SN | PKR | [illegible]0.00 |
| DOC FEE ORIGIN | | SN | USD | 25.00 |
| MANIF. DOC PROC. FE | | SN | USD | 25.00 |