

**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK

Index No. 07 CV 3402

*MAERSK LINE, as agents for SAFMARINE, INC.,*
      *Plaintiff,*

  -against-

*SEA MARINE CARGO,*
      *Defendant.*

---

State Of New York, County of New York SS:
JAMES CAGNEY
Being duly sworn, deposes and says that he is over the age of 18 years, is not a party to this action and resides in New York.

That on the 1ST day of MAY 2007, At: 2:55 PM

At: 172 MADISON AVENUE, SUITE 205, NEW YORK, NEW YORK 10016

Deponent served the Annexed- SUMMONS IN A CIVIL CASE AND CIVIL COMPLAINT IN ADMIRALTY

Upon: SEA MARINE CARGO

### PERSONAL SERVICE ON A CORPORATION

A corporation, by delivering thereat a true copy to FAREEDA ALEEM (MANAGING AGENT) personally; who stated that she is the said individual to be *Authorized To Accept Service* thereof.

**DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
Sex: FEMALE Color: BROWN Hair: BLACK App. Age: 30 App. Ht: 5'4" App. Wt. 130
Other identifying features:

Sworn to before me this 3RD day of MAY 2007

_____
JOLANTYNA CAGNEY
NOTARY PUBLIC, State of New York
No. 01CA5111485
Qualified in New York County
Commission Expires June 14, 2008

_____
JAMES CAGNEY 104-0081