05/38/2007 15:24  2121951873         AVALLONE & ASSOC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/07

PRESKA, S.

1-16042
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MAERSK LINE, as agents for
SAFMARINE, INC.,

                 Plaintiff,

- against -

SEA MARINE CARGO,

                 Defendant.
-----------------------------------------------------------X

07 Civ. 3402 (LAP)

STIPULATION AND ORDER
OF SETTLEMENT

    IT IS STIPULATED, ORDERED AND AGREED by and between the attorneys for plaintiff MAERSK LINE, as agents for SAFMARINE, INC., and the defendant SEA MARINE CARGO, pro se, that the above captioned matter be and hereby is settled and dismissed, with prejudice and without costs as to each party against the other, for payment by defendant to plaintiff in the amount of SEVEN THOUSAND SIX HUNDRED TWENTY-NINE DOLLARS and NO CENTS ($7,629.00) to be remitted pursuant to the following schedule:

    1. $500.00 on or before May 14, 2007;

    2. $500.00 on or before each succeeding Monday commencing May 21, 2007 to and including August 13, 2007;

    3. $629.00 on or before August 20, 2007; and it is further

STIPULATED, ORDERED AND AGREED that said payments are to be made by checks made payable to the "Law Offices of Albert J. Avallone & Associates, As Attorneys" so that same are received at the Law Offices of Albert J. Avallone & Associates, 551 Fifth Avenue, Suite 1701, New York, NY 10176 on or before the dates noted above; and it is further

    STIPULATED, ORDERED AND AGREED that in the event of a default in any of the payments noted above, then, upon 5 business days written notice by telefax and/or first class mail to defendant, Sea Marine Cargo, 172 Madison Avenue, Suite 205, New York, NY 10016, Attention: Farida Aleen,

Manager, should said default not be cured within said 5 business day period, then, without further notice, plaintiff may proceed to judgment against defendant for the full amount demanded in the Complaint, with interest at 8% from September 20, 2006, costs and disbursements, less any payments made hereunder, and plaintiff may immediately proceed to execution thereon; and it is further

STIPULATED, ORDERED AND AGREED that this Honorable Court shall retain jurisdiction to enforce the terms of this Stipulation and Order of Settlement.

Dated: New York, New York
       May 8, 2007

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By: _____
Albert J. Avallone - AA1579
Attorneys for Plaintiff
MAERSK LINE, as agents for
SAFMARINE, INC.
551 Fifth Avenue, Suite 1625
New York, NY 10176
Telephone: (212) 696-1760
Telefax:   (212) 696-1873

SEA MARINE CARGO

By: _____
Farida Kleen, Manager
172 Madison Avenue, Suite 205
New York, NY 10016
Telephone: (646) 285-0896
Telefax:   (646) 619-0898

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

_____
U.S.D.J.

May 14, 2007